United States District Court
Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | CR-05-955-R |
| Defendant **TRACEY KINLEY** | S.Sec.# -------1961 |
| Residence: N/A | Mailing: SAME |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on: __JULY 17, 2006__
                                Month / Day / Year

COUNSEL:
        However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
    __XX__ WITH COUNSEL Ali Zarrinnan, retained

__XX__ PLEA:
    __XX__ GUILTY, and the Court being satisfied that there is a factual basis for the plea.
    ____ NOLO CONTENDERE          ____ NOT GUILTY

FINDING:
    There being a finding of _____ GUILTY, defendant has been convicted as charged of the offense(s) of: False Statement in violation of Title 18 USC 1001 as charged in the counts 1 and 2 of the information.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
    The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court that

    IMPOSITION OF SENTENCE IS SUSPENDED, and

    IT IS FURTHER ADJUDGED that defendant shall be placed on probation for a term of five (5) years under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer; 3) shall during the period of community supervision pay the special assessment in accordance with this judgment's orders pertaining to such payment; 4) shall perform fifteen hundred (1500) hours of community service, as directed by the Probation Officer; 5) shall report to the Court in person every 120 days as directed by the Probation Officer; 6) shall cooperate in the collection of a DNA sample from the defendant.

-- GO TO PAGE TWO --                                                      _____
                                                                            Deputy Clerk

U.S.A. V. TRACEY KINLEY                              CR 05-955-R

-- CONTINUED FROM PAGE ONE --                              PAGE TWO

========================================================================

## JUDGMENT AND PROBATION/COMMITMENT ORDER

========================================================================

IT IS FURTHER ORDERED that defendant pay a special assessment of $200.00, which is due immediately.

IT IS FURTHER ORDERED that the bond of the defendant is exonerated.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: District Judge _____
                                MANUEL L. REAL

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk of Court

Dated/Filed  July 18, 2006           By _____
              Month / Day / Year         William Horrell, Deputy Clerk